No. D–865. IN RE DISBARMENT OF BOYCE. It is ordered that Earl Rumsey Boyce, of Palm Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–866. IN RE DISBARMENT OF SILVEIRA. It is ordered that Frank Diaz Silveira, of Coral Gables, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–867. IN RE DISBARMENT OF DIGGES. It is ordered that Edward S. Digges, Jr., of Rock Hall, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–868. IN RE DISBARMENT OF MOLONY. It is ordered that Gerard E. Molony, of Upper Nyack, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–869. IN RE DISBARMENT OF BRACKEN. It is ordered that Martin Lawrence Bracken, of Mineola, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–870. IN RE DISBARMENT OF TSCHIRHART. It is ordered that William Henry Tschirhart, of Clinton, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–871. IN RE DISBARMENT OF PRICE. It is ordered that William Herbert Price, of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–243. BROWN & ROOT, INC., ET AL. v. THORNTON ET AL., 464 U. S. 1052. Motion of respondent Billy Thornton for award of attorney's fees denied without prejudice.